| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>BANK OF AMERICA, N.A. | Order Filed on March 20, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Osama A. Khalil,<br><br>Debtor. | Case No.: 19-10758 RG<br>Adv. No.:<br>Hearing Date: 3/6/19 @ 8:30 a.m.<br><br>Judge: Rosemary Gambardella |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: March 20, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor:       Osama A. Khalil
Case No.:     19-10758 RG
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, BANK OF AMERICA, N.A., holder of a mortgage on real property located at 840 Mountain Avenue, Springfield, NJ, 07081, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Michelle Labayen, Esquire, attorney for Debtor, Osama A. Khalil, and for good cause having been shown;

  It **ORDERED, ADJUDGED and DECREED** that Debtor agrees to attempt to sell the subject property or pay off the subject mortgage loan within six months from the date of confirmation; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor is to make regular payments outside of the plan while the sale is pending; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that trustee is not to pay the arrears while the sale is pending; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor reserves its rights to the arrears in the event a sale is not successful; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that any payoff shall be calculated according to state law; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the proposed sale is a short sale, it is subject to creditor approval; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the sale of the property is unsuccessful, Debtor shall modify the plan to address Secured Creditor's pre-petition arrears, either by curing the arrears, surrendering the subject property, or in a manner otherwise permitted by the code; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.