Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  19−10758−RG
                              Chapter:  13
                              Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Osama A Khalil
   840 Mountain Ave
   Springfield, NJ 07081

Social Security No.:
   xxx−xx−1494

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/21/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 21, 2019
JAN: slm

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Osama A Khalil  
      Debtor

Case No. 19-10758-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 2     Date Rcvd: Aug 21, 2019  
                       Form ID: 148     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
```
db          +Osama A Khalil,    840 Mountain Ave,    Springfield, NJ 07081-3438
aty         +Kevin McDonald,    KML Law Group, P.C.,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
r           +Gary D. Singer,    120 Morris Avenue,    Springfield, NJ 07081-1328
cr          +JPMORGAN CHASE BANK, N.A.,    Jenelle C. Arnold,    ALDRIDGE PITE, LLP,
              4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
518014521   +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
518049028   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517966359   +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
              St Louis, MO 63179-0034
517966360   +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517966361   +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518149707   +JPMORGAN CHASE BANK, N.A.,    c/o Jenelle C. Arnold, ALDRIDGE PITE, LL,
              4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
517966363   +KML Law Group PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517966364   +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2019 23:56:12     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2019 23:56:09     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517966356   +EDI: PHINAMERI.COM Aug 22 2019 03:38:00     AmeriCredit/GM Financial,    Attn: Bankruptcy,
              Po Box 183853,    Arlington, TX 76096-3853
517966357    EDI: BANKAMER.COM Aug 22 2019 03:38:00     Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
              El Paso, TX 79998
518136216    EDI: BANKAMER.COM Aug 22 2019 03:38:00     Bank of America, N.A.,    PO Box 31785,
              Tampa, FL 33631-3785
517966358   +Fax: 602-659-2196 Aug 22 2019 11:07:11     Chex System,    7805 Hudson Road,    suite 100,
              Saint Paul, MN 55125-1703
517966362   +EDI: IRS.COM Aug 22 2019 03:38:00     Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
518103403   +EDI: CHASE.COM Aug 22 2019 03:38:00     JPMorgan Chase Bank, N.A.,    c/o Mark A. Jarman,
              National Bankruptcy Department,    P.O Box 29550 Mail Code AZ1-1004,    Phoenix AZ 85038-9550
518077122    EDI: PRA.COM Aug 22 2019 03:38:00     Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,
              POB 41067,    Norfolk VA 23541
517966365    E-mail/Text: DASPUBREC@transunion.com Aug 21 2019 23:54:02     TransUnion,
              555 W. Adams Street,    Chicago, IL 60661
518122276   +EDI: AIS.COM Aug 22 2019 03:38:00     Verizon,    by American InfoSource as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 21, 2019
                              Form ID: 148             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michelle   Labayen    on behalf of Debtor Osama A Khalil michelle@labayenlaw.com, silvia@labayenlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                             TOTAL: 5